# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Courtney Dione Cowan,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00103-FDW |
| | ) | 5:11-cr-00024-FDW-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 11, 2018 Order.

October 11, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court